IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,                    )
                                     )   2:11-cv-03223-GEB-DAD
              Plaintiff,             )
                                     )   ORDER CONTINUING STATUS
       v.                            )   (PRETRIAL SCHEDULING)
                                     )   CONFERENCE
Martha Gomez, Individually and       )
d/b/a El Jaliciense; D.J.            )
Liquor Corporation,                  )
Individually and d/b/a Liquor        )
Barrel; J.S. Aujla; D.K. Aujla;      )
H.S.L. Investments, LLC,             )
                                     )
              Defendants.            )
_____     )
```

         Plaintiff states in his Status Report filed March 9, 2012, that he "filed a Request for Clerk's Entry of Default against all Defendants[,] . . . has received the Clerk's Entry of Default[,]" and anticipates a Motion for Default date in May 2012." (ECF No. 10, 2:15-18, 3:18-19.)

         Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than May 7, 2012, why this action should not be dismissed for failure of prosecution.

         Further, the status conference scheduled for hearing on March 26, 2012, is continued to commence at 9:00 a.m. on September 17, 2012. A status report shall be filed fourteen (14) days prior to the status

1

1 | conference in which Plaintiff is required to explain the status of the
2 | default proceedings.
3 |     IT IS SO ORDERED.
4 | Dated:  March 16, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```